UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YUSEF SA'AD,

    Plaintiff,

  v.

MICHAEL MUKASEY,

    Defendant.

Case No. C06-0596RSL

ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE*

This matter comes before the Court on plaintiff's motion *in limine* to preclude defendant from calling Linda Wabinga as a witness at trial because defendant did not disclose her previously. Ms. Wabinga is an "Employee Services Manager" who would testify regarding the "policies and procedures at the [Federal Detention Center]" where plaintiff worked. Having received no opposition to the motion, and finding it appropriate to grant pursuant to Federal Rules of Civil Procedure 26(e)(1) and 37(c)(1), the Court GRANTS plaintiff's motion *in limine*

ORDER GRANTING PLAINTIFF'S
MOTION *IN LIMINE* - 1

1  (Dkt. #24).

3     DATED this 28th day of February, 2008.

         /s/ Robert S. Lasnik
         Robert S. Lasnik
         United States District Judge

28 ORDER GRANTING PLAINTIFF'S
MOTION *IN LIMINE* - 2