UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YUSEF B. SA'AD,

    Plaintiff,

v.

U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION,

    Defendant.

Case No. C06-596RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF YUSEF B. SA'AD , and on behalf of DEFENDANT in the amount of $758.22 as follows:

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  DEPOSITION COSTS | $611.60 | 0 | $611.60 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.  WITNESS FEES | $1,238.73 | $1,092.11 | $146.62 |

Fees for witness that did not testify at trial will not be allowed.

Dated this ___22nd___ day of APRIL, 2008 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2